IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01884-LTB

ARCHIE R. STEINHOUR,

    Applicant,

v.

STATE OF COLORADO,
CYNTHIA HOFFMAN, The Attorney General of the State of Colorado, and
MICHAEL MILLER,

    Respondents.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on February 5, 2016, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Applicant.

    DATED at Denver, Colorado, this 5 day of February, 2016.

                                   FOR THE COURT,

                                   JEFFREY P. COLWELL, Clerk

                                   By: s/ s/ A. García Gallegos
                                       Deputy Clerk